HAMMERSCHLAG Co., INC., Respondent, v. LEVER BROTHERS COMPANY, a Foreign Corporation, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of GEORGE J. GOSTIN, an Attorney and Counselor at Law, Respondent.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

LONG ISLAND RAILROAD COMPANY, Appellant, Respondent, and PENNSYLVANIA RAILROAD COMPANY, Respondent, v. ATLANTIC ELEVATOR COMPANY and MANU-FACTURERS' CASUALTY INSURANCE Co., Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

DANIEL SANTORO, Respondent, v. BENJAMIN SCHUMAN and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JOHN SCHLUTER and JOHN J. KELLY, Copartners Trading as SCHLUTER AND KELLY, Respondents, v. ROBERT GOETZ and ROBERTSON GOETZ BUILDING Co., INC, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

FRANCES M. AITKEN, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Action to recover on a policy of life insurance. Order dismissing plaintiff's complaint and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

MAE AMBROSE, Formerly Known as MAE KRAUS, Respondent, v. EMANUEL KRAUS, Appellant.— Proceeding to punish defendant for contempt in a matrimonial action. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.